# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN HARTRANFT, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TVI, INC. d/b/a SAVERS, APOGEE RETAIL, LLC,<br><br>　　　　　　Defendants. | Case No. 8:15-cv-01081-CJC-DFM<br>[Assigned to Hon. Cormac J. Carney]<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE STAY OF CASE**<br><br>Action filed: July 8, 2015 |

ORDER CONTINUING STAY OF CASE
4812-4647-8695v.1 0059906-000032

ORDER CONTINUING STAY OF CASE
4812-4647-8695v.1 0059906-000032

1 | Having considered the parties' Stipulation to Continue Stay of Case, and good cause appearing therefore, the Court hereby adopts the parties' Stipulation Continuing Stay of Case as the Order of the Court in this matter.  This action is stayed until July 30, 2018, including all discovery and related deadlines.

No later than ten days after expiration of the stay set forth above, the parties shall submit either their proposed settlement for preliminary approval or a Joint Status Report proposing how this matter will proceed.

IT IS SO ORDERED.

DATED:  June 4, 2018

_____
Hon. Cormac J. Carney
UNITED STATES DISTRICT JUDGE