# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DISTRICT

| | |
|---|---|
| SEAN HARTRANFT, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TVI, Inc. d/b/a SAVERS, INC., APOGEE RETAIL, LLC,<br><br>　　　　　　Defendants. | Case No. 8:15-cv-01081-CJC-DFM<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND PAGE LIMIT FOR MOTION FOR PRELIMINARY APPROVAL**<br><br>Hon. Cormac J. Carney |

Having considered the parties' Joint Stipulation to Extend Page Limit for Motion for Preliminary Approval (the "Motion"), and having found it to be supported by good cause, it is hereby ORDERED that the parties' memoranda of points and authorities filed in connection with the Motion may be up to and including 30 pages in length, excluding any indices and exhibits.

IT IS SO ORDERED.

Dated: _February 28, 2019____   By: _____

　　　　　　　　　　　　　　　　　　Hon. Cormac J. Carney
　　　　　　　　　　　　　　　　　　United States District Court Judge