UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN HARTRANFT, on behalf of himself and all others similarly situated,<br><br>           Plaintiff,<br><br>     vs.<br><br>TVI, INC. d/b/a SAVERS, APOGEE RETAIL, LLC,<br><br>           Defendants. | Case No. 8:15-cv-01081-CJC-DFM<br>[Assigned to Hon. Cormac J. Carney]<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE STAY OF CASE**<br><br>Action filed: July 8, 2015 |

ORDER CONTINUING STAY OF CASE
4835-0822-1321v.2 0059906-000032

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

    Having considered the parties' Stipulation to Continue Stay of Case for 6 days, and good cause appearing therefore, the Court hereby adopts the parties' Stipulation Continuing Stay of Case as the Order of the Court in this matter. This action is stayed until March 13, 2019, including all discovery and related deadlines.

    No later March 13, 2019, the parties shall submit either their proposed settlement for preliminary approval or a Joint Status Report proposing how this matter will proceed.

    IT IS SO ORDERED.

DATED: March 8, 2019

                                                    Hon. Cormac J. Carney
                                                    UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER CONTINUING STAY OF CASE

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899