JS-5

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SACV 15-01081-CJC-DFM　　　　　　　　　　　Date: April 18, 2019

Title: <u>SEAN HARTRANFT V. TVI, INC., *ET AL*.</u>

---

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Gabriela Garcia | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANT:

None Present　　　　　　　　　　　　　　None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REOPENING CASE**

　　The Court granted the parties' joint stipulation to stay the case pending ongoing settlement discussions. The parties have now reached a settlement agreement, for which they seek the Court's approval. Accordingly, the Court hereby administratively **REOPENS** the case. The stay that was in place is hereby **LIFTED.**